IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. 02-20428-BV |
| | ) | |
| MICHELLE EGGLESTON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ALLOWING WITHDRAWAL OF COUNSEL
AND APPOINTING COUNSEL FOR APPEAL

Before the court is the motion of attorney Cynthia Pensoneau, seeking an order from this court allowing her to withdraw from the representation of the defendant Michelle Eggleston as appointed counsel. Ms. Pensoneau represented defendant at the trial level, and the defendant was sentenced on March 31, 2005. The government has appealed the sentence, and counsel is unable to continue representation of defendant. The court finds the motion should be granted.

IT IS THEREFORE ORDERED that Cynthia Pensoneau be and hereby is allowed to withdraw as counsel for the defendant and is relieved from further representation of the defendant. Counsel will be appointed from the CJA list of attorneys to represent defendant for the appeal.

IT IS SO ORDERED this 3rd day of May, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 227 in case 2:02-CR-20428 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Cynthia A. Pensoneau
SHEA MOSKOVITZ, PLC
530 Oak Court Dr.
Ste. 350
Memphis, TN 38117

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT