FILED BY [signature] D.C.
05 JUN -8 PM 4: 16
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Case No. 2:02cr20428-B

Michelle R. Eggleston

---

**ORDER REFUNDING CASH APPEARANCE BOND**

---

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $500.00, payable to Louise Thomas Love at 4392 French Market Circle East, Memphis, TN 38141 in full refund of the cash appearance bond posted herein.

[signature]
United States District Judge
J. Daniel Breen

Date: 6/8/05

Approved.
Robert R. Di Trolio, Clerk of Court

BY: [signature]
Deputy Clerk

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 233 in case 2:02-CR-20428 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT